# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**CATHERINE M. HUNTER,**

**Plaintiff,**

v.                                                                                      Case No:   5:13-cv-466-Oc-18GJK

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

## REPORT AND RECOMMENDATION

Catherine M. Hunter (the "Claimant"), appeals from a final decision of the Commissioner of Social Security (the "Commissioner") denying her application for disability insurance benefits ("DIB"). Doc. No. 1.[1] Claimant argues that the Administrative Law Judge (the "ALJ") erred by: 1) failing to develop the record with regard to treatment provided by Dr. Parmanand Gurnani; 2) posing a hypothetical question to the Vocational Expert ("VE") that did not adequately account for her limitations; and 3) finding her testimony concerning her pain and limitations not credible. Doc. No. 19 at 26-34. For the reasons that follow, it is **RECOMMENDED** that the Court **AFFIRM** the Commissioner's final decision.

### I.   THE ALJ'S FIVE-STEP DISABILITY EVALUATION PROCESS.

Under the authority of the Social Security Act, the Social Security Administration has established a five-step sequential evaluation process for determining whether an individual is

---

[1] On April 22, 2010, Claimant filed an application for a period of disability and DIB, alleging disability beginning on April 21, 2007. R. 162-63. Claimant last met the insured status requirements of the Social Security Act on December 31, 2007. R. 12.